Jeffrey SMITH, Appellant,

v.

GLENN'S TRUCK SERVICE,
INC., Respondent.

No. 73748.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 24, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 18, 1999.

Application for Transfer Denied
March 23, 1999.

Harry J. Nichols, St. Louis, for appellant.

Michael A. Shaughnessy, Jr., St. Louis, for
respondent.

Before JAMES A. PUDLOWSKI, P.J.,
WILLIAM H. CRANDALL, Jr., and
CLIFFORD H. AHRENS, JJ.

## ORDER

PER CURIAM.

Jeffrey Smith appeals from an award by
the Labor and Industrial Relations Commis-
sion that denied him compensation. The
award is supported by substantial and com-
petent evidence on the whole record; no
error of law appears. An opinion would have
no precedential value.

The judgment is affirmed. Rule 84.16(b).